VENABLE LLP
Jean-Paul P. Cart (SBN 267516)
JPCart@Venable.com
Christopher L. Brown (SBN 332001)
CBrown@Venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:    415.653.3755

Attorneys for Plaintiffs
Therabody, Inc. and Jason Wersland

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERABODY, INC., a Delaware corporation, and JASON WERSLAND, an individual,<br><br>                Plaintiffs,<br><br>        v.<br><br>HYDRAGUN PTE Ltd., a Singapore private limited company,<br><br>                Defendant. | Case No.  2:22-cv-00676-DSF-AS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Therabody, Inc. ("Therabody") and Jason Wersland ("Dr. Wersland") (collectively "Plaintiffs") and Defendant Hydragun PTE Ltd. ("Hydragun") (collectively, the "Parties") hereby notify the Court that they have reached a tentative agreement to resolve all claims asserted in the above-captioned action. The Parties are working diligently to complete a binding settlement agreement and have a good faith belief that all outstanding issues regarding such agreement will be resolved shortly. If all outstanding negotiation issues can be resolved, the Parties believe that this action will be dismissed within twenty-one (21) days. If the action is not dismissed by November 28, 2022, the Parties shall provide a further update to the Court.

Dated: November 7, 2022                             VENABLE LLP

                                        By:   /s/ Jean-Paul P. Cart
                                              Jean-Paul P. Cart
                                              Christopher Brown

                                              Counsel for Plaintiffs THERABODY, INC., and JASON WERSLAND

Dated: November 7, 2022                             PAYNE & FEARS LLP

                                        By:   /s/ Scott O. Luskin
                                              Benjamin A. Nix
                                              Scott O. Luskin

                                              Counsel for Defendant HYDRAGUN PTE LTD

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750