VENABLE LLP
Jean-Paul P. Cart (SBN 267516)
JPCart@Venable.com
Christopher L. Brown (SBN 332001)
CBrown@Venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:    415.653.3755

Attorneys for Plaintiffs
Therabody, Inc. and Jason Wersland

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERABODY, INC., a Delaware corporation, and JASON WERSLAND, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>HYDRAGUN PTE Ltd., a Singapore private limited company,<br><br>        Defendant. | Case No.  2:22-cv-00676-DSF-AS<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Rule 41(1)(A)(ii) Plaintiffs Therabody, Inc. ("Therabody") and Jason Wersland ("Dr. Wersland") (collectively "Plaintiffs") and Defendant Hydragun PTE Ltd. ("Hydragun") (collectively, the "Parties") hereby stipulate to dismissal of the above-captioned action, and all claims asserted therein, with prejudice.

Dated: December 7, 2022                                         VENABLE LLP

                                         By:    /s/ Jean-Paul P. Cart
                                                Jean-Paul P. Cart
                                                Christopher Brown

                                                Counsel for Plaintiffs THERABODY, INC., and JASON WERSLAND


Dated: December 7, 2022                                         PAYNE & FEARS LLP

                                         By:    /s/ Scott O. Luskin
                                                Benjamin A. Nix
                                                Scott O. Luskin

                                                Counsel for Defendant HYDRAGUN PTE LTD


**ATTESTATION**

I certify and attest that I have obtained the consent of Scott O. Luskin, counsel for Defendant Hydragun PTE Ltd, to file this document with his electronic signature.

Dated: December 7, 2022                                         /s/ Jean-Paul P. Cart